# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Ivelisse Montano, | : |
| | : Civil Action No.: 2:13-cv-06837-KM-MCA |
| Plaintiff, | : |
| v. | : |
| Comenity LLC; and DOES 1-10, inclusive, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Ivelisse Montano | Comenity LLC |
|---|---|
| /s/ Sofia Balile | /s/ Michael R. Carroll |
| Sofia Balile, Esq. | Michael R. Carroll, Esq. |
| NJ Bar No. 01093 | BALLARD SPAHR LLP |
| LEMBERG & ASSOCIATES | 210 Lake Drive East, Suite 200 |
| 1100 Summer Street, 3rd Floor | Cherry Hill, NJ 08002-1163 |
| Stamford, CT  06905 | (856) 761-3400 |
| (203) 653-2250 | Attorney for Defendant |
| Attorney for Plaintiff | |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 27, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                By /s/ Sofia Balile_____
                                                    Sofia Balile